# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
July 13, 2021

Lyle W. Cayce
Clerk

No. 20-30594

SHELBY BAILEY,

*Plaintiff—Appellant*,

*versus*

KYLE FRANCE, IN HIS OFFICIAL CAPACITY AS CHIEF
EXECUTIVE OF THE BOARD OF COMMISSIONERS OF THE
LOUISIANA STADIUM AND EXPOSITION DISTRICT,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:18-CV-5888

Before OWEN, *Chief Judge*, and SMITH and GRAVES, *Circuit Judges*.
PER CURIAM:*

This is an appeal of the district court's dismissal of Shelby Bailey's action under the Americans with Disabilities Act of 1990 and the Rehabilitation Act of 1973 asserting that he was not provided program access

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 20-30594

for New Orleans Saints games at the Superdome. *See* 42 U.S.C. § 12101 et seq.; *see also* 29 U.S.C. § 794 et seq. This court has considered the appeal on the basis of the briefs, the record and the applicable authority. Having done so, the judgment is AFFIRMED, essentially for the reasons stated in the district court's very thorough, well-reasoned Findings of Fact, Conclusions of Law and Reasons for Judgment.